IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

JACKIE R. MEEKS, JR.,
        Plaintiff,

vs.                                                        Case No. 06-CIV-133-RAW

MICHAEL J. ASTRUE, Commissioner of the
Social Security Administration,
        Defendant.

## ORDER

      Before the Court is the Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act [Docket No. 26]. On October 22, 2007, this Court rendered a final judgment remanding the Plaintiff's case for further proceedings. The Defendant has no objection to the Court awarding the amount of $5,028.60 for attorney fees, but objects to the fees being made payable directly to counsel of record [Docket No. 27]. The Court agrees with the Defendant under the authority cited in its response.

      Therefore, it is the Order of the Court that the Plaintiff be GRANTED reasonable attorney's fees in the amount of **$5,028.60** for services rendered pursuant to 28 U.S.C. §2412(a) and (d). The fees are to be made payable to Plaintiff personally.

      **ORDERED THIS 7th DAY OF February, 2008.**

**Dated this 7th Day of February 2008.**

J4h4i0

*/s/ Ronald A. White*
Ronald A. White
United States District Judge
Eastern District of Oklahoma